UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14312-CIV-ROSENBERG/MAYNARD

DAVID POSCHMANN,

    Plaintiff,

v.

SOUTH BANK APTS, LLC,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, David Poschmann, by and through his undersigned counsel, hereby informs the court as follows:

1. The parties have reached a resolution of all issues in this action.

2. The parties are in the process of satisfying the conditions necessary for this matter to be dismissed.

Dated: September 30, 2019.

                                                  s/Lee D. Sarkin
                                                Drew M. Levitt, Esq.
                                                drewmlevitt@gmail.com
                                                Florida Bar No.782246
                                                Lee D. Sarkin, Esq.
                                                Lsarkin@aol.com
                                                Florida Bar No. 962848
                                                Attorneys for Plaintiff
                                                4700 NW Boca Raton Blvd., Suite 302
                                                Boca Raton, Florida 33431
                                                Telephone (561) 994-6922
                                                Facsimile (561) 994-0837