UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-14312-CIV-ROSENBERG/MAYNARD

DAVID POSCHMANN,

    Plaintiff,

v.

SOUTH BANK APTS, LLC,

    Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a) (1)(A)(i), hereby gives notice of his voluntary dismissal with prejudice of this action with each party to bear his/its own fees and costs except as otherwise agreed.

Respectfully submitted this 8th day of October, 2019.

                                      s/Lee D. Sarkin
                                      Drew M. Levitt, Esq.
                                      drewmlevitt@gmail.com
                                      Florida Bar No.782246
                                      Lee D. Sarkin, Esq.
                                      Lsarkin@aol.com
                                      Florida Bar No. 962848
                                      Attorneys for Plaintiff
                                      4700 NW Boca Raton Blvd., Suite 302
                                      Boca Raton, Florida 33431
                                      Telephone (561) 994-6922
                                      Facsimile (561) 994-0837