UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 2:19-CV-14312-ROSENBERG/MAYNARD

DAVID POSCHMANN,

    Plaintiff,

v.

SOUTH BANK APTS, LLC,

    Defendant.

_____/

## ORDER CLOSING CASE

This cause is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice at docket entry 8. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 9th day of October, 2019.

                                                           ROBIN L. ROSENBERG
                                                           UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record